IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LARRY NIEDERSTADT,**
**ROSE GUILEZ, and ALAN DUFFY,**

    Plaintiffs,

v.                                                      No. 16-cv-0255 SMV/CG

**PRESTON ELDRIDGE and**
**JOHN DOES 1–3,**

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court on Defendant's Motion to Set Aside Default . . . [Doc. 1-1] at 25–28, filed in state court on March 30, 2016.  Briefing on the Motion must be submitted as follows:  Plaintiffs' response is due no later than **April 25, 2016**.  Defendant's Reply, if any, is due no later than **May 2, 2016**.

    **IT IS SO ORDERED.**

                                                              _____
                                                              **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**
                                                               **Presiding by Consent**